# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RYMAR CRAVER, ) <br> ) <br> Defendant. ) <br> ) | 2:08-CR-0023-JCM-RJJ <br><br> **ORDER** |

IT IS HEREBY ORDERED that Jay L. Siegel, Esq. is APPOINTED as counsel for Raymar Craver in place of the Randall Roske for all future proceedings.

Mr. Roske shall forward the file to Mr. Siegel forthwith.

DATED this 30th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE